|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  21-cr-2252-JLS |
| --- | --- |
| Plaintiff, | HON. JANIS L. SAMMARTINO |
| v. | |
| ARIANA HINOJOSA (1) | ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |
| JOSHUA KELLEN FITZWATER (2), | |
| Defendant | |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting be continued from October 15, 2021 at 1:30 p.m. until December 3, 2021 at 1:30 p.m. It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated:  October 14, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge